# CIVIL MINUTE ENTRY

| | |
|---|---|
| BEFORE: | Magistrate Judge Steven L. Tiscione |
| DATE: | March 14, 2025 |
| TIME: | 10:00 A.M. |
| DOCKET NUMBER(S): | CV-24-8453 (ST) |
| NAME OF CASE(S): | Gillett v. Long Island University |
| FOR PLAINTIFF(S): | Schragin, Varga, Duffy |
| FOR DEFENDANT(S): | Messer, Salama |
| NEXT CONFERENCE(S): | See rulings below |
| FTR/COURT REPORTER: | Not Recorded |

**RULINGS FROM** Initial Conference:

The Court sets the following discovery deadlines:

Deadline for completion of Rule 26(a) initial disclosures - 4/14/25;

Completion of Phase I discovery - 5/16/25;

Deadline for motions to join new parties or amend pleadings - 6/13/25;

First requests for production of documents and interrogatories due by - 6/30/25;

All fact discovery to be completed by 9/26/25;

Exchange of expert reports - 10/31/25;

Expert depositions completed by - 11/28/25;

All discovery completed by - 12/14/25;

Final date to take first step in dispositive motion practice - 1/30/25.

At the request of the parties, the case will be referred to the Court-Annexed Mediation Program pursuant to Local Rule 83.8. Counsel shall select a Mediator by March 28, 2025 and electronically file their selection of Mediator with the Court by April 4th. Mediation is to be completed by June 6th and a status report on the outcome of Mediation is due by June 13th.