

One Lincoln Center | Syracuse, NY 13202-1355 | **bsk.com**

**SUZANNE M. MESSER**
messers@bsk.com
P: 315-218-8628

June 27, 2025

***VIA ECF***

Magistrate Judge Steven I. Tiscione
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re:   *Gillett v. Long Island University;* Civil Action No. 2:24-cv-08453-JMA-ST

Dear Judge Tiscione:

We represent Defendant Long Island University.  We write on behalf of both parties to propose three dates for a settlement conference, as directed in the Court's June 17, 2025, text order.

The parties propose the following dates:

- August 12
- August 13
- August 6

Respectfully submitted,

BOND, SCHOENECK & KING, PLLC

*s/Suzanne M. Messer*

Suzanne M. Messer

SMM/cmd

cc:  All Counsel (via ECF)

21915276

Attorneys At Law | A Professional Limited Liability Company